# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| **MARLOW TREAMAINE GREEN** | **CIVIL ACTION NO. 23-1594-P** |
| **VERSUS** | **JUDGE DOUGHTY** |
| **MICHELE DAUZAT, ET AL.** | **MAGISTRATE JUDGE HORNSBY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge [Doc. No. 6] previously filed herein, and after an independent review of the record, noting the lack of written objections filed by Plaintiff, and determining that the findings are correct under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Complaint [Doc. No. 1] is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**THUS DONE AND SIGNED**, in chambers, at Monroe, Louisiana, on this 24th day of January 2024.

**TERRY A. DOUGHTY, JUDGE**
**UNITED STATES DISTRICT COURT**